**The Honorable Barbara J. Rothstein**

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| COLLEEN COLE-BIGELOW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, a Foreign Corporation,<br><br>Defendant. | Case No. 2:20-cv-01476-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO ANSWER COMPLAINT** |

## ORDER

Based on the Parties' Stipulated Motion to Extend Time to Answer Complaint, and the records and filings herein, it is ordered that the deadline to extend defendant's time to answer plaintiff's complaint is extended by 16 days, from November 4, 2020 to November 20, 2020.

Dated this 30th day of October 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

FORSBERG & UMLAUF, P.S.

By: *s/ Stephanie Andersen*
Stephanie Andersen, WSBA No. 22250
Kimberly A. Reppart, WSBA No. 30643
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-1039
Phone:  (206) 689-8500
Email:  *SAnderson@FoUm.law*
Email:  *RHesselgesser@FoUm.law*

*Attorneys for Defendant*


FRIEDMAN RUBIN

By:     *s/ Kenneth Friedman*
Kenneth Friedman, WBSA No. 17148
1109 1st Avenue, Suite 501
Seattle, WA 98101
Phone:  (360) 782-4300
Email:  *kfriedman@friedmanrubin.com*

*Attorneys for Plaintiff*