**Honorable Barbara J. Rothstein**

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| COLLEEN COLE-BIGELOW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, a Foreign Corporation,<br><br>Defendant. | Case No. 2:20-cv-01476-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>**[CLERK'S ACTION REQUIRED]** |

## **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this ____ day of September, 2021

FORSBERG & UMLAUF, P.S.


_____
Kimberly A. Reppart, WSBA #30643
Stephanie Andersen, WSBA #22250
Attorneys for Defendant

Dated this ____ day of September, 2021.

FRIEDMAN RUBIN


_____
Kenneth Friedman, WSBA #17148
David Roosa, WSBA #45266
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – 1
Cause No. 2:20-cv-01476-BJR

3040897 / 1773.0019

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DONE this 13th day of September, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

*Presented by:*

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
Stephanie Andersen, WSBA #22250
Attorneys for Defendant

*Approved for Entry;*
*Notice of Presentation Waived:*

FRIEDMAN RUBIN

_____
Kenneth Friedman, WSBA #17148
David Roosa, WSBA #45266
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – 2
Cause No. 2:20-cv-01476-BJR

3040897 / 1773.0019

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX